Joseph J. Rogers, Esquire (JJR 1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

|  |  |  |
|---|---|---|
| In Re:   Judith Negual | : | UNITED STATES BANKRUPTCY COURT |
|  | : | DISTRICT OF NEW JERSEY |
|  | : | Case Number  14-26476 JNP |
| Debtor(s), | : | Chapter 13 |

# DEBTORS' APPLICATION FOR CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7 CASE

Comes now Judith Negual, Debtors, and show the court as follows:

1.  Debtor filed a petition for an order for relief under Chapter 13 of the Bankruptcy Code on August 11, 2014.

2.  Debtor is qualified to file for relief under Chapter 7 of the Bankruptcy Code, having not previously converted this case from a case filed under Chapters 11 or 7 of the Bankruptcy Code, and herewith moves the court to convert the Chapter 13 case to a case under Chapter 7.

Wherefore, debtor(s) pray(s) for an order for relief under Chapter 7 of the Bankruptcy Code.

Respectfully submitted,

By:  /s/   Joseph J. Rogers
Joseph J. Rogers, Esquire

## UNSWORN DECLARATION

Judith Negual, hereby certify under penalty of perjury that the foregoing is true and correct.

DATED:                                                                 /s/ Judith Negual
Judith Negual, Debtor