UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TO: JAMES J. WALDRON, CLERK

CASE NO.    14-26476-JNP
IN RE:    NEGUAL

## NOTICE OF FUNDS ON HAND IN CASE CONVERTED FROM CHAPTER 13 TO CHAPTER 7

    ISABEL C. BALBOA, Chapter 13 Standing TrusteeChapter 13 Standing Trustee, is currently holding as of the date of conversion, $1,253.84 on account of debtor(s) Chapter 13 Plan Payments, after applicable deduction for fees applied pursuant to 28 U.S.C. §586(e). The Trustee proposes to disburse these funds on hand in this converted case as is described below. If any creditor or other party in interest has an objection to the disbursement, the objection and request for a hearing on such objection must be in writing, filed with the clerk of the United States Bankruptcy Court and served upon the Standing Chapter 13 Trustee no later than 11/30/2016 12:00:00AM, which is fourteen (14) days from the date of this Notice.

    In the event an objection is timely filed, a hearing thereon will be held before the Honorable Jerrold N. Poslusny Jr. on 12/13/2016 at 10:00 am, at the United States Bankruptcy Court in Camden, NJ, Courtroom No: 4C.

    If no objection is filed, the disbursement will be consummated as proposed on the Chapter 13 Standing Trustee's next scheduled disbursement cycle.

    The proposed disbursement shall be as follows:

☒ Pursuant to *Harris v. Viegelahn*, 575 U.S. _ (2015) funds on hand in the amount of $0.00 representing wages or liquidation of post-petition assets shall be returned to the debtor.

☐ Other:    Funds on hand in the amount of $0.00 representing liquidation of pre-petition assets shall be turned over to the Chapter 7 trustee because:

    Request for additional information about the nature of the disbursement, or any objections to same, should be directed to: Isabel C. Balboa Chapter 13 Standing Trustee, Cherry Tree Corporate Center, Cherry Hill, NJ 08002-2977. Fax: (856) 663-3805

Dated: November 16, 2016