UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                  Case No.: 14-26476-JNP
NEGUAL, JUDITH                                          Chapter: 7
                                                        Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on    January 31, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.  _4C_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 19 SOUTH STATE STREET, VINELAND NJ 08360<br>(FMV $129,000.00) |

| | |
|---|---|
| Liens on property: | $161,368.87 - Bayview Loan |

| | |
|---|---|
| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:          Andrew Sklar, Chapter 7 Trustee

Address:          1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-26476-JNP
Judith Negual                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 3            Date Rcvd: Dec 21, 2016
                               Form ID: pdf905        Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2016.
```
db          +Judith Negual,   19 South State Street,   Vineland, NJ 08360-4818
cr          +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,   P.O. Box 3569,
             Rancho Cucamonga, CA 91729-3569
514980730   +Attorney General,   Hughes Justice Complex,   PO Box 080,   Trenton, NJ 08625-0080
514980732  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court:  Bk Of Amer,   4161 Piedmont Pkwy,   Greensboro, NC  27410)
515085425   +Bank of America,   c/o KML Law Group P.C.,   701 Market Street, Suite 5000,
             Philadelphia PA 19106-1541
515084710    Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
514980731    Bay Area Credit Service LLC,   PO Box 5932,   Troy, MI  48007-5932
514980734 ++++CENTER FOR DIAGNOSTIC IMAGING,   1450 E CHESTNUT AVE STE 4C,   VINELAND NJ  08361-8469
            (address filed with court:  Center For Diagnostic Imaging,   1550 E Chestnut Ave,
             Vineland, NJ  08361)
514980735   +Christiana Care Hospital,   Byl Svc,   301 Lacey Street,   West Chester, PA 19382-3727
514980736    Citibank,   PO Box 6077,   Sioux Falls, SD  57117-6077
514980740   +Eastern Account System,   75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
514980741   +Eastern Dental of Vineland,   Transnatl,   1162 St Georges Av,   Avenel, NJ 07001-1263
514980742   +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
514980744   +Franklin Square,   WP&M Real Estate Group LLC,   11433 Cronridge Drive,
             Owings Mills, MD 21117-2294
514980745   +Guardian Protection Services,   174 Thorn Hill Road,   Warrendale, PA 15086-7528
514980746   +HSBC,   PO Box 5203,   Carol Stream, IL 60197-5203
514980747    Inspira Health Network,   PO Box 48274,   Newark, NJ  07101-8474
514980749   +Kivitz McKeever Lee, PC,   701 Market Street,   Philadelphia, PA 19106-1541
514980750    Laboratory Corporation of Amer,   PO Box 2240,   Burlington, NC  27216-2240
514980751   +Landis Sewerage Authority,   1776 South Mill Road,   Vineland, NJ 08360-6200
514980755    NCC Business Services Inc.,   245 Main Street,   Dickson City, PA  18519-1641
514980760   +Revenue Collect,   Po Box 2103,   Mechanicsburg, PA 17055-2103
514980758  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court:  NJ Division Of Taxation,   Bankruptcy Section,   PO Box 245,
             Trenton, NJ  08695-0245)
514980761   +Sra Associates,   401 Minnetonka Road,   Hi Nella, NJ 08083-2914
514980762    State Of New Jersey,   Division Of Taxation,   CN-190,   Trenton, NJ  08650
514980765   +Trover Solutions,   PO Box 34060,   Louisville, KY 40232-4060
514980766   +Vineland Medical Associates,   Apex Asset Management,   1891 Santa Barbara Dr St,
             Lancaster, PA 17601-4106
515031092    Wells Fargo Bank, N.A.,   P.O. Box 19657,   Irvine, CA 92623-9657
514980767   +Wfds/wds,   Po Box 1697,   Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +E-mail/Text: pmarraffa@standingtrustee.com Dec 21 2016 23:04:43      Isabel C. Balboa,
             Chapter 13 Standing Trustee,   Cherry Tree Corporate Center,   535 Route 38 - Suite 580,
             Cherry Hill, NJ 08002-2977
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2016 23:05:44      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2016 23:05:42      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
515213888    E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2016 23:07:22
             Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
             Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
515408401   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 21 2016 23:06:20
             BAYVIEW LOAN SERVICING, LLC,   4425 PONCE DE LEON BLVD, 5TH FLOOR,
             CORAL GABLES, FLORIDA  33146,   BAYVIEW LOAN SERVICING, LLC,
             4425 PONCE DE LEON BLVD, 5TH FLOOR,   CORAL GABLES, FLORIDA 33146-1837
515408400   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 21 2016 23:06:20
             BAYVIEW LOAN SERVICING, LLC,   4425 PONCE DE LEON BLVD, 5TH FLOOR,
             CORAL GABLES, FLORIDA 33146-1837
514980733   +E-mail/Text: ebn@squaretwofinancial.com Dec 21 2016 23:06:18      Cach, Llc,
             4340 S Monaco St Unit 2,   Denver, CO 80237-3581
514980737   +E-mail/Text: equiles@philapark.org Dec 21 2016 23:06:51      City Of Philadelphia,
             PO Box 41819,   Philadelphia, PA 19101-1819
514980738   +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 21 2016 23:06:31
             Comcast Cable Communications,   1490 Berlin Road,   Woodcrest Shopping Center,
             Cherry Hill, NJ 08003-3652
514980739   +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 21 2016 23:06:56      Credit Coll,
             Po Box 9136,   Needham, MA 02494-9136
514980748    E-mail/Text: cio.bncmail@irs.gov Dec 21 2016 23:05:09      Internal Revenue Service,
             Bankruptcy Department,   955 South Springfield Avenue,   Springfield, NJ  08071
514980754    E-mail/Text: bankruptcy@affglo.com Dec 21 2016 23:05:45      Leading Edge Recovery Solutions,
             PO Box 129,   Linden, MI  48451-0129
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Dec 21, 2016
                              Form ID: pdf905          Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
514980756       E-mail/Text: bankruptcydepartment@tsico.com Dec 21 2016 23:06:44      NCO FInancial,
                  20 E CLementon Rd 102 North,   Gibbsboro, NJ  08026
514980757      +E-mail/Text: bankruptcydepartment@tsico.com Dec 21 2016 23:06:45      NCO Financial Systems,
                  PO Box 15630, Dept 99,    Wilmington, DE 19850-5630
515159788       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:07:57
                  Portfolio Recovery Associates, LLC,   c/o Amazon.com Store Card,   POB 41067,
                  Norfolk VA 23541
515220453       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:07:56
                  Portfolio Recovery Associates, LLC,   c/o Care Credit,   POB 41067,   Norfolk VA 23541
515178346       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:22:57
                  Portfolio Recovery Associates, LLC,   c/o The Home Depot,   POB 41067,   Norfolk VA 23541
515156078       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:07:25
                  Portfolio Recovery Associates, LLC,   c/o Walmart Credit Card,   POB 41067,   Norfolk VA 23541
514980759      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:23:03
                  Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
514980763      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:15      Syncb/amazon,   Po Box 965015,
                  Orlando, FL 32896-5015
514980764      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:50      Syncb/walmart,   Po Box 965024,
                  Orlando, FL 32896-5024
                                                                                    TOTAL: 21


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515184572*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,   Department of Treasury,
                  Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
515213341*    +The Landis Sewerage Authority,   1776 South Mill Road,   Vineland NJ 08360-6200
514980729    ##+Apex Asset Management,   1891 Santa Barbara Dr St,   Lancaster, PA 17601-4106
514980743    ##Fms Inc.,   PO Box 707601,   Tulsa, OK  74170-7601
514980752    ##+Law Office Of Ed Overcash LLC,   33 Villa Road, Suite 401,   Greenville, SC 29615-3037
514980753    ##+Law Office Of Joe Pezzuto LLC,   4013 E Broadway Suite A2,   Phoenix, AZ 85040-8818
                                                                     TOTALS: 0, * 2, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2016 at the address(es) listed below:
```
              Andrew  Sklar   andy@sklarlaw.com,  NJ43@ecfcbis.com;dolores@sklarlaw.com
              Celine P. Derkrikorian   on behalf of Creditor   Bayview Loan Servicing, LLC a Delaware Limited
               Liability Company njecfmail@mwc-law.com
              Celine P. Derkrikorian   on behalf of Creditor   Bayview Loan Servicing, LLC njecfmail@mwc-law.com
              Denise E. Carlon   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
```

District/off: 0312-1          User: admin          Page 3 of 3          Date Rcvd: Dec 21, 2016
                             Form ID: pdf905        Total Noticed: 50


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services; successor by merger to Wells Fargo Dealer Services Inc. f/k/a Wachovia Dealer Services,
           Inc. mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Joseph J. Rogers    on behalf of Debtor Judith  Negual jjresq@comcast.net,   jjresq1@comcast.net
          Joshua I. Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
                                                                          TOTAL: 11