| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |

Case No.: _____

Chapter: _____

In Re:    Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents
    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |

The Landis Sewerage Authority
1776 South Mill Road
Vineland, NJ 08360

South Jersey Gas
PO Box 6091
Bellmawr, NJ 08099-6091

The John Hopkins Hospital
PO BOX 3475
Toledo, OH 43607-0475

Upper Chesapeake Hematolo
PO BOX 741676
Atlanta, GA 30374-1676

Steven L. Strauss, MD, LLC
C/O Physicians Medical Billing
10845 Philadelphia Rd
White Marsh, MD 21162-1717

ROI
C/O John Hopkins Hospital
PO BOX 549
Timonium, MD 21094

John Hopkins Physicians
PO BOX 65045
Baltimore, MD 21264-5045

Quest Diagnostics
PO BOX 740880
Cincinnati, OH 45274-0880

NCC
PO Box 9156
Alexandria, VA 22304-0156

Daniel P. Strickler PH.D.
6304 Kenwood Ave STE 2A
Rosedale, MD 21237-4918

Kiumarce Kashi MD
6830 Hospital Drive, STE. 106
Baltimore, MD 21237-4375

Transworld Systems, INC
c/o ATI Physical Therapy
507 Prudential Rd
Horsham, PA 19044

Patient First
PO Box 758941
Baltimore, MD 21275-8941

Maryland ENT Center
1629A York Rd.
Lutherville, MD 21093

Excel Care Alliance, LLC
76 South State St.
Vineland, NJ 08360-4851

Advanced Radiology
26999 Network Place
Chicago, IL 60673-1269

Advanced Foot & Ankle Center
92 South State Street
Vineland, NJ 08360-9998